UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------------
SPACE SHIPPING LTD.,

                        Petitioner,

      - against -

ST SHIPPING & TRANSPORT PTE LTD.,
ST SHIPPING & TRANSPORT INC. and
GLENCORE INTERNATIONAL AG,

                        Respondents.
-------------------------------------------------------------

17 CV    ( )

**DECLARATION OF**
**NEIL A. QUARTARO, ESQ.**

I, Neil A. Quartaro, counsel to the above-named petitioner and an attorney at law admitted to practice before this Court, affirm under penalty of perjury that:

**INTRODUCTION**

1. This is a straightforward case involving the enforcement of a foreign arbitral award pursuant to the New York Convention on the Recognition and Enforcement of Foreign Arbitral Awards, codified in U.S. law at 9 U.S.C. §201 *et seq*. Petitioner obtained an arbitration award against ST Shipping & Transport Pte Ltd. ("**ST Shipping Pte**") when a vessel chartered to ST Shipping Pte was detained in Venezuela following a fraudulent attempt to load a cargo of crude oil (the factual background is more fully described in the Fourth Partial Final Award, annexed to the Petition as Exhibit 2). Petitioner seeks enforcement of the award against ST Shipping Pte and two alleged alter ego companies, Glencore International AG ("**Glencore International**") and ST Shipping & Transport Inc. ("**ST Shipping Inc.**" together with ST Shipping Pte and Glencore International, "**Respondents.**").

2. As detailed fully herein and as alleged in the Petition filed in this action, Glencore International owns and operates two "subsidiaries" with nearly identical names and

business operations: "ST Shipping Pte Ltd." and "ST Shipping Inc.". Along with Glencore International, these purported subsidiaries have common business addresses, contact information, marketing, officers, directors, and employees. There is no practical distinction between these companies, which pursue common business objectives and share resources such that all three function as alter ego entities that are not entitled to be treated as separate corporate entities.

3. Among other commonalities, which are supported by the documentary evidence annexed hereto, Respondents share office space, email accounts, telephone numbers, employees, officers and directors. Employees of one entity frequently act in respect of one of the other entities in a manner that ignores the nominally separate nature of each company. Corporate resources, including property and money, are freely shared among each of the three entities. The two "ST Shipping" companies act entirely and solely at the behest of the purported parent company and exist only to support that company.

4. Unfortunately, and notwithstanding the finding of liability in the underlying arbitration in London, England, Respondents have refused to honor the findings of the arbitration panel and have not paid the arbitration award issued against them. As is more fully detailed in the accompanying Petition and exhibits thereto, this is an egregious failure because there is no doubt that Respondents are entirely responsible for the damages suffered by Petitioner. The Court's intervention is needed to allow Petitioner to collect on the outstanding arbitration award and subsequent awards that are expected to issue quickly now that all of the defenses raised by Respondents have been dismissed (Petitioner seeks approximately $7,500,000 here, but the total claim in arbitration is in excess of $12,500,000).

**ST SHIPPING PTE**

5. ST Shipping Pte is a company organized under the laws of the Republic of Singapore. *See* Ex. 1 (*ST Shipping & Transport Pte, Ltd. v. Agathonissos Special Maritime Enters.*, 15-cv-04983 (U.S.D.C. S.D.N.Y.), Doc. No. 3 (June 25, 2015) ("ST Shipping is a Singapore company with an office in Singapore."), Doc. No. 4 (identifying Corporate Parent Glencore International).

6. ST Shipping Pte was formed in Singapore in 2006. *See* Ex. 2 at p.6 (Westlaw Company Investigator Report for ST Shipping and Transport, dated June 2, 2017); Ex. 3 (bizfile Accounting and Corporate Regulatory Authority (ACRA), ST Shipping and Transport Pte Ltd.). Contact information and addresses associated with ST Shipping Pte include:

> a. c/o Glencore AG
> Baar, ZG 6341
> Switzerland
> 709-3000
>
> b. Baarmermattstrasse 3
> PO Box 660
> Baar
> Switzerland
> info@glencorexstrata.com
> www.glencorexstrata.com
>
> c. 1 Temasek Avenue
> 34-01 Millenia Tower
> Singapore
> 039192
> info@glencore.com
> www.glencore.com
>
> d. Three Stamford Plaza
> 301 Tresser Boulevard,
> Stamford Connecticut 06901-3244
> Tel: (+1) 203 328-4900
> Fax: +44 207 412 3498

*See* Ex. 2, Ex. 3 at p. 2, Ex. 6; Ex. 19 (at Standing Instructions, as defined *infra*, p. 9-10); *see also* ¶¶ 48-49, *infra*.

7. ST Shipping Pte is a wholly-owned subsidiary of Glencore International. *See* Ex. 4 (Glencore Plc Annual Report 2016, excerpt, at 198); Ex. 1; Ex. 5 (*ST Shipping and Transport PTE Ltd. v. Vintage Marine S.A.*, 08-cv-03402 (U.S.D.C. S.D.N.Y.) Doc. No. 2 (Rule 7.1 Corporate Disclosure, identifying Glencore International as corporate parent)).

8. ST Shipping Pte is registered to do business in Connecticut, as of 2006. *See* Ex. 6 (Connecticut Secretary of the State Commercial Recording Division Business Inquiry Details for ST Shipping and Transport Pte. Ltd.).

9. Internet searches for "ST Shipping & Transport Pte" reveal no dedicated website for that entity, its sole Internet presence being inclusion on the Glencore website.

10. Cheryl Driscoll is identified as the Secretary and Blandine Lewine as the "VP, IT" of ST Shipping Pte, according to Connecticut records. *See* Ex. 6.

11. Upon information and belief, the following individuals are Directors of ST Shipping Pte: Robertus Cornelis Johannes Koot, Richard William Dumpleton and Anders Morgensen. Additionally, Loke Mun-Tze, Jacqueline Joelle and Van Rooyen Lodewyk are identified as Secretary. *See* Ex. 3 at p. 3-4.

12. Upon information and belief, Angus Robert Marsham Paul and Mark Jonathan Catton are also "Officers/Directors/Contacts." *See* Ex. 7 (Westlaw Company Investigator Report for ST Shipping & Transport Pte, dated June 22, 2017).

13. The above details regarding ST Shipping Pte – including its office locations, ownership, certain officers and directors, website and other pertinent details – are identical to those for ST Shipping Inc. and Glencore International. The relationships among ST Shipping Pte, ST Shipping Inc. and Glencore International AG are so blurred that these three entities should be treated as one.

80524950v2

## ST SHIPPING INC.

14. ST Shipping Inc. is a corporation organized and existing under the laws of Switzerland since 2000. *See* Ex. 8 (Lloyd's List Intelligence Company Overview for ST Shipping & Transport Incorporated, dated June 2, 2017), Ex. 9 (*ST Shipping and Transport Inc. v. Golden Fleece Maritime Inc.*, 07-cv-11147 (U.S.D.C. S.D.N.Y.) Doc. No. 1 at ¶2 ("ST Shipping was and still is a corporation duly organized and existing under and by virtue of the laws of Switzerland and with its principal place of business in Switzerland.").

15. Contact information and addresses associated with ST Shipping Inc. include:

   a. c/o Glencore AG
      Baar, ZG 6341
      Switzerland
      709-3000

   b. Baarmermattstrasse 3
      PO Box 660
      Baar
      Switzerland
      info@glencorexstrata.com
      www.glencorexstrata.com

   c. 1 Temasek Avenue
      34-01
      Millenia Tower
      Singapore
      039192
      info@glencore.com
      www.glencore.com

   d. Three Stamford Plaza
      301 Tresser Boulevard,
      Stamford Connecticut 06901-3244
      Tel: (+1) 203 328-4900
      Fax: +44 207 412 3498

*See* Ex. 10 (Westlaw Company Investigator Report for ST Shipping and Transport Inc., dated June 2, 2017); Ex. 8; and Ex. 19 (at Standing Instruction, as defined *infra*, p. 9-10); *see also* ¶¶ 48-49, *infra*.

16. ST Shipping Inc. is a wholly-owned subsidiary of Glencore International AG. *See* Ex. 11 (Lloyd's List Intelligence ST Shipping & Transport Incorporated Ownership (ownership structure for ST Shipping & Transport Incorporated indicates ownership by Glencore International AG)); Ex. 12 (*Golden Fleece Maritime Inc. v. ST Shipping & Transport Inc.*, [2007] EWHC 1890 at 2 (Comm.) ("Defendant (ST) [Shipping & Transport Inc.] is a subsidiary of Glencore International AG and part of the Glencore Group.")).

17. Internet searches for "ST Shipping & Transport Inc." reveal no dedicated website for that entity, its sole Internet presence being inclusion on the Glencore website.

18. Upon information and belief, the following individuals are Directors of ST Shipping Inc.: Andreas Hubmann, Steven Kalmin, Martin William Haring and Carlos Perezagua Marin. Mr. Hubmann is the Chairman, Managing Director and President of ST Shipping Inc. *See* Ex. 10 and Ex. 8. Mark Jonathon Catton, Richard William Dumpleton, and Angus Robert Marsham Paul are also Directors and M. Sivaananthan is Secretary. *See* Ex. 8.

19. ST Shipping Pte and ST Shipping Inc. share common Directors/Officers – namely Richard William Dumpleton, Angus Robert Marsham Paul, and Mark Jonathan Catton.

**GLENCORE INTERNATIONAL**

20. Upon information and belief, Glencore International is a company organized and existing under the laws of Switzerland. *See* Ex. 13 (Swiss Commercial Register for Glencore International AG); Ex. 14 (Schedule 13D/A filing for Glencore International, dated June 30, 2015). Contact information and addresses associated with Glencore International include:

  a. c/o Glencore AG
   Baar, ZG 6341

       Switzerland
       709-3000

  b. Baarmermattstrasse 3
     PO Box 660
     Baar
     Switzerland
     info@glencorexstrata.com
     www.glencorexstrata.com

  c. 1 Temasek Avenue
     34-01
     Millenia Tower
     Singapore
     039192
     info@glencore.com
     www.glencore.com

  d. Three Stamford Plaza
     301 Tresser Boulevard,
     Stamford Connecticut 06901-3244
     Tel: (+1) 203 328-4900
     Fax: +44 207 412 3498

*See* Ex. 13; Ex. 14 at 12.

21. The office locations for Glencore International are identical to the address associated with ST Shipping Pte and ST Shipping Inc. *See supra* ¶¶ 6, 15.

22. Glencore International and ST Shipping Inc. share common management. Upon information and belief, Steven Kalmin is the Chief Financial Officer of Glencore International. Ex. 14 at 13. Mr. Kalmin is also a Director of ST Shipping Inc. *See supra* ¶18.

23. Additionally, upon information and belief, Andreas Hubmann is the Accountant for Glencore International. Ex. 14 at 13. Mr. Hubmann is also a Member of the Board of Glencore International AG. *See* Ex. 13. Mr. Hubmann is also the Chairman, Managing Director and President of ST Shipping Inc. *See supra* ¶18.

24. Upon information and belief, Glencore International at all relevant times controls and directs the activities of ST Shipping Pte and ST Shipping Inc.

25. Upon information and belief, ST Shipping Pte and ST Shipping Inc. exist solely to conduct the business of Glencore International, and various Glencore International affiliates and subsidiaries.

26. A search within www.glencore.com for ST Shipping does not reveal any Glencore webpages dedicated to ST Shipping Inc. or ST Shipping Pte. *See* Ex. 15 ("st shipping & transport" search results in www.glencore.com).

27. Further exploration of www.glencore.com reveals a murky if not impenetrable web presence.

28. For example, selecting "Who we are" and "Management structure" does *not* reveal a corporate organization chart, nor the names of Glencore entities or subsidiaries. Rather, it states "Glencore's management is led by Ivan Glasenberg, supported by our Chief Financial Officer Steven Kalmin and the rest of the management team." The page also includes three columns titled "Metals & minerals," "Energy products," and "Glencore Agriculture" under which are listed sub-categories and names without further context or hyperlinks. *See* Ex. 16 (Screenshot of www.glencore.com/who-we-are/management-structure/.)

29. An exploration of the interactive map of Glencore's operations reveals the "STAMFORD, Office" with no additional information about what entity or entities are located in Stamford, what the office in Stamford does, who works at the office in Stamford, or how to contact the office in Stamford. *See* Ex. 17 (Screenshot of www.glencore.com/our-world/global-operations/?region=3, with focus on Stamford).

30. Similarly, an exploration of the interactive map reveals "BAAR, Office" but again, with no additional information about what Glencore or other entity is located in Baar,

what the office in Baar does, who works at the office in Baar, or how to contact the office in Baar. *See* Ex. 18 (Screenshot of www.glencore.com/our-world/global-operations/?region=3, with focus on Baar).

31.     The above are only a few examples of how Glencore has deliberately obfuscated its corporate structure, various affiliates and subsidiaries, and the existence and functions of the supposedly separate subsidiaries.

**THE ALTER EGOS AT WORK**

32.     In the matter at hand, communications directly with "ST Shipping" surrounding the operation of the Vessel[1] under the Bareboat Charter and the Time Charter among Petitioner, ST Shipping Pte, and Glencore show that ST Shipping Pte, ST Shipping Inc., and Glencore operated interchangeably at all operative times.

33.     In fact, prior to the finalization of the Bareboat Charter between Petitioner and ST Shipping Pte, Petitioner understood that Glencore International was the charterer.  It was only at the last minute that ST Shipping Pte was substituted as charterer, with Glencore International guaranteeing ST Shipping Pte's performance.

34.     A further example of the functional interchangeability of Respondents is an email dated August 4, 2012 (the "**August 4 Email**") from Rikke Clausen of Arrow Tankers A/S (Respondents' chartering agent) to GEDEN – ANKER CHARTERING (Subject: MT CV Stealth / ST Shipping and Transport Pte Ltd TCP: 10-Apr-2014 [ 7 Days Firm Notice of Delivery ]) attaching several documents that the Charterers requested be passed on to the Vessel's Captain. Ex. 19.

35.     Among the documents attached to the August 4 Email was one entitled "ST Global Ops.xls" (the "**ST Global Ops Document**") which bears a logo stating "ST Shipping

---

[1] Petitioner uses the same capitalized terms as used in the accompanying Complaint.

and Transport"; it is unclear if this document refers to ST Shipping Pte, ST Shipping Inc. or some other entity. *Id.*

36. The ST Global Ops Document contains three columns, entitled "London Office, UK," "Singapore Office, Singapore" and "Stamford Office, USA." *Id.* Below each column are the names and contact information for certain individuals. *Id.*

37. In the "Stamford Office, USA" column is listed Matthew Maciejewski, "Office: +1 203 328 2484" and "Email: matthew.maciejewski@stshipping.com." The Global Ops Document does not state Mr. Maciejewski's title and does not indicate whether Mr. Maciejewski works for ST Shipping Pte or ST Shipping Inc. or some other entity. *Id.*

38. An internet search for "Matthew Maciejewski" and "ST Shipping" leads to a Linkedin profile indicating Mr. Maciejewski works in "Vessel Operations" for "Glencore" in Stamford, CT, from 2008, and previously worked as a "Demurrage Manager" for "Glencore Ltd." in Stamford. *See* Ex. 20 (Matthew Maciejewski Linkedin profile).

39. Also listed on the ST Global Ops document for the Stamford Office is Alex Schulten (alex.schulten@stshipping.com). Ex. 19. The Global Ops Document does not state Mr. Schulten's title and does not indicate which "ST Shipping" Mr. Schulten works for. *Id.*

40. According to Mr. Schulten's Linkedin profile, he works in Operations for Glencore Ltd. in Stamford, since January 2013. *See* Ex. 21 (Linkedin profile for Alex Schulten).

41. Marcus Souza (marcus.souza@stshipping.com) is also listed in the ST Global Ops Document. *See* Ex. 19. Similarly, the Global Ops Document does not provide Mr. Souza's title, nor reveal whether Mr. Souza works for ST Shipping Pte or ST Shipping Inc. or some other entity. Ex. 19.

42. According to Mr. Souza's Linkedin profile, he is a "Vessel Operator (ST SHIPPING AND TRANSPORT PTE LTD)" for "Glencore LTD" since 2009. *See* Ex. 22 (Marcus Souza Linkedin profile).

43. Also revealing is the metadata document information embedded in the ST Global Ops Document, which indicates that the author of that document was "Russel Fernandes" and that it was last modified by "Philip Walsh – pqw." *See* Ex. 23 (ST Global Ops Document – document information.). Also imbedded in the metadata of the ST Global Ops Document is the information "Company – Glencore UK Ltd". *See id.*

44. An internet search for "Russel Fernandes" and "Glencore" reveals an electronic business card stating "Russell Fernandes, Oil Shipping Operations, London, area, Glencore Xstrata PLC…"[2]

45. The Linkedin profile for Mr. Walsh indicates he worked as a Freight Operator at Glencore PLC from February 2013 to April 2016. *See* Ex. 24 (Philip Walsh Linkedin Profile).

46. Also attached to the August 4 Email is a document named "Standing Instruction to Masters 2014-APC – Revision Jan 27.docx" (the "**Standing Instructions**"). *See* Ex. 19.

47. Notably, the document information imbedded in the Standing Instructions indicates that the author of that document was "Russel Fernandes - rof" and that it was last modified by "Marcus Souza - mus." *See* Ex. 25 (Standing Instructions – document information.). Also imbedded in the document properties of the ST Global Ops Document is the information "Company – Glencore UK Ltd". *See id.*

---

[2] *See* www.joesdata.com/executive/russell_Fernandes_2696941176.html (last accessed September 5, 2017).

80524950v2

48.     Section 2.4 of the Standing Instructions identifies the mailing address and telephone numbers "for our worldwide offices." Ex. 19 (Standing Instructions §2.4.). The Standing Instructions do not identify whether the three offices listed are for ST Shipping Pte, ST Shipping Inc. and/or another entity. Three locations are identified:

*Singapore, Head Office:*
1 Temasek Avenue , # 34-01 Millenia Tower,
Singapore 039192
Tel: (+65) 6415 7700
Telex: 264136 SHINC G
Fax: +44 207 412 3498

*UK, London branch*:
50 Berkeley Street,
London W1J 8HD
Tel: (+44) 207 412 3354
Telex: 264136 SHINC G
Fax: +44 207 412 3498

*USA, Stamford branch*:
Three Stamford Plaza, 301 Tresser Boulevard,
Stamford Connecticut 06901-3244
Tel: (+1) 203 328-4900
Fax: +44 207 412 3498

49.     Notably, all three locations share a common fax number. The Singapore and London locations also share a common Telex. These all appear to be offices from which ST Shipping Pte, ST Shipping Inc., and Glencore International operate.

50.     Section 5 of the Standing Instructions addresses "Incidental Reporting" and requires that "[a]ny emergency [] be reported to ST Shipping i.e. the relevant Operator(s) and Mike Morris/Capt. Pankaj Sood (contact details listed below)...." *See id.* §5.

51.     The contact details for Mike Morris are mike.morris@glencore.co.uk; Office: +44 207 412 3515. *See id.* Notably, Mr. Morris appears to be a Glencore International employee, utilizing a "glencore.co.uk" email extension. Further, Mr. Morris' office number

appears nearly identical to the "UK, London branch" number listed in Section 2.4 regarding ST Shipping Pte's "worldwide offices."

52.     The contact details for Capt. Pankaj Sood are pankaj.sood@glencore.co.uk, Office: +44 207 412 3311. *See id.* Captain Sood appears to be a Glencore International employee, utilizing a "glencore.co.uk" email extension. Further, Captain Sood's office number appears nearly identical to the "UK, London branch" number listed in Section 2.4 regarding ST Shipping Pte's "worldwide offices."

53.     Capt. Sood's Linkedin profile indicates he is a "Manager, Marine assurance/ risk management & projects (Marine) at Glencore International AG," since October 2007. *See* Ex. 26 (Pankaj Sood Linkedin Profile).

54.     ST Shipping Pte's Standing Instructions were prepared by Glencore International employees and mandated that vessels chartered by ST Shipping Pte owners alert Glencore International of vessel emergencies.

55.     Further communications regarding the Vessel show that Glencore International, directing its subsidiaries ST Shipping Pte and ST Shipping Inc. at all relevant times, was actually controlling the Vessel.

56.     Specifically, and remarkably, Glencore Ltd. issued Voyage Orders dated August 8, 2014 to ST Shipping, requesting such orders be passed to the Owners of the Vessel (the "**Voyage Orders Email**"). In an email from "Matt Ross/Stamford/glen" to "STShipping Operations/sts@stshipping, Matthew Maciejewski/Stamford/sts@stshipping," (Subject: AMENDMENT 2: VOYAGE ORDERS – CV STEALTH), Mr. Ross relays the following instruction:

UPON COMPLETION OF LOADING AT BOSTCO, VESSEL TO PROCEED TO AMUAY, VENEZUELA TO DISCHARGE FULL CARGO

Ex. 27 (Voyage Orders Email).

57. The Voyage Orders Email is signed "Matt Ross, Glencore Ltd., Office: 203.328.2404…" Area code "203" is assigned to the southwestern part of Connecticut. Indeed, Mr. Ross's office number appears nearly identical to Mr. Maciejewski's phone number in the Global Ops Document.

58. The Voyage Orders Email from Mr. Ross copies, *inter alia*, "Greg Durrant/Stamford/glen@glencore, Ken Mendoza/Stamford/glen, Farouk Ayoub/Stamford/glen, Chelsea Jaouli/stamford/glen@glencore, Jinelle Spagnuolo/Stamford/glen@glencore." *See id.*

59. Consistent with his instructions from Mr. Ross of Glencore Ltd., Mr. Maciejewski forwarded the Voyage Orders to "MT CV STEALTH; GEDEN – TANKER CHARTERING; GEDEN – TANKER" (Subject: Fw: AMENDMENT 3: VOYAGE ORDERS – CV STEALTH) that same day. That email is signed "Matthew Maciejewski, ST Shipping." Ex. 27.

60. In light of the above, what *is* clear is that Glencore Ltd. directed that the Vessel proceed to the Bostco Terminal, and then to Venezuela, pursuant to orders dated August 8, 2014.

61. Pursuant to the August 8 Orders, the Agents in Venezuela were "TBA." Ex. 27.

62. By email dated September 4, 2014, Mr. Maciejewski provided "Loadport Voyage Orders" which ordered that the Vessel sail to Puerto La Cruz. *See* Ex. 28 (September 4, 2014 Email attaching "LOADPORT VOYAGE ORDERS").

63. Subsequent to the Vessel's arrest in Venezuela, a Ms. Louise Bullen began communicating with the Vessel's Master, Capt. Ercan. *See* Ex. 29 (Bullen emails).

64. The emails to Capt. Ercan are signed "Louise Bullen, For & on behalf of ST Shipping." *Id.*

65. Upon information and belief, Ms. Bullen is a solicitor. An internet search for Louise Bullen indicates she is an employee of Glencore UK Ltd, located at 50 Berkeley Street, London, W1J 8HD, England. Therefore, yet another Glencore entity – Glencore UK Ltd. – appears to have been involved in the operation and management of the Vessel that was on Time Charter to ST Shipping Pte of Singapore.

66. Glencore publicly holds itself out as operating a shipping fleet, without reference to the putative use of subsidiaries. Ex. 30 (Screen capture of Glencore Marketing and Logistics).

67. The only thing clear about the relationships among ST Shipping Pte, ST Shipping Inc., and Glencore International is that there is significant overlap among those entities with respect to ownership, officers, directors, employees, addresses, phone numbers, fax numbers, e-mail addresses and, crucially, operations.

68. What is more, the Glencore group of entities operates in a purposefully obfuscatory manner, as is evidenced by their web presence, and the absence of a web presence for ST Shipping Pte and ST Shipping Inc.

69. By Partial Final Award dated September 23, 2015, in the arbitration between Space Shipping and ST Shipping Pte (the "London Arbitration"), the arbitrator concluded that Space Shipping, as owner, was entitled to indemnity under the charter party with ST Shipping Pte because the Vessel's detention in Venezuela was caused by the charterers' act, and

ordered that ST Shipping Pte pay to Space Shipping "the said sum of $4,600,661.57 together with interest on $826,661.67 from 1 February 2015 and on the balance from 26 May 2015 at the rate of 5% … per annum in both cases, compounded at three-monthly rests, until the date of payment" and certain other amounts, subject to a further arbitration award resolving various other claims and counterclaims. *See* Petition Ex. 2, (Partial Final Award) ¶¶140 - 43.

70. By Fourth Partial Final Award dated May 25, 2017 in the London Arbitration, ST Shipping Pte's liability was quantified when it was ordered to pay Space Shipping $4,374,378.12 for Space Shipping's indemnity claim for bareboat hire, plus interest (as of August 31, 2017 this sum is $4,527,150.58. *See* Petition Ex. 4 (Fourth Partial Final Award).

71. ST Shipping Pte was also ordered to pay an additional $2,950,880.30 in operational costs incurred by Petitioner.

72. In total, ST Shipping Pte, and such alter ego entities as might be identified, owe Petitioner $7,478,030.88 under the Fourth Partial Final Award.

Dated: New York, New York
      September 19, 2017

Neil A. Quartaro, Esq.