# **EXHIBIT 2**

(11 Records)

Background Information
Business Overview (1)
Phone Numbers (1)
D&B Market Identifier Records Summary (1)
Corporate Filings Summary (1)
Analytics and Related Information
Quick Analysis Flags (1)
Associate Analytics Chart (1)
Legal Proceedings
Federal Case Law (1)
Docket Records (6)
Full-Text Documents
D&B Market Identifier Records (1)
Corporate Filings (1)
Miscellaneous
Report Section(s) with no Matches (18)

# Business Overview (1 Section)



| Address: | 301 TRESSER BLVD<br>STAMFORD, CT 06901-3250 |
|---|---|
| Phone Number: | (203) 328-4900 |
| Additional Entity Source(s): | D&B Worldbase<br>D&B Market Identifiers (DMI) |
| Active Ticker Symbol(s): | - |
| Inactive Ticker Symbol(s): | - |
| Location of Incorporation: | - |
| Incorporation Date: | - |
| Primary SIC Code: | - |
| DUNS: | 04-222-2592 |
| FEIN: | - |
| CIK(s): | - |

| | |
|---|---|
| Business Description: | - |
| Registered Agent: | - |
| Website Address: | - |
| Current Outstanding Shares: | - |
| Shareholders: | - |
| Number of Employees: | 2 |
| Fiscal Year End: | - |
| Filing Date: | - |
| Filing Number: | - |
| Officers/Directors/Contacts: | CHERYL DRISCOLL |

## Phone Numbers (1 Record)

| | Business | Phone Number |
|---|---|---|
| | ST SHIPPING AND TRANSPORT | (203) 328-4900 |

## D&B Market Identifier Records Summary (1 Record)

| | Business Name | Business Address | Executive Name | SIC Description | Latest Update to Record | View Full-Text |
|---|---|---|---|---|---|---|
| 1. | ST SHIPPING AND TRANSPORT | 301 TRESSER BLVD STAMFORD, CT 06901-3250 | CHERYL DRISCOLL | TRANSPORTATION SERVICES, NEC, NSK | 04/18/2016 | Full-Text |

## Corporate Filings Summary (1 Record)

| | Business Name | Business Type | Status | Filing State | View Full-Text |
|---|---|---|---|---|---|
| 1. | ST SHIPPING AND TRANSPORT PTE. LTD. | CORPORATION | ACTIVE | CT | Full-Text |

## Quick Analysis Flags (1 Chart)

### List of Possible Quick Analysis Flags

| | |
|---|---|
| OFAC listing: | No |
| Global Sanctions: | No |
| Business Address Used as Residential Address: | YES |
| P.O. Box listed as Address: | No |
| Bankruptcy Debtor or Creditor: | No |
| Other Listings Linked to Business Phone Number: | YES |
| Other Businesses Linked to the Business Address: | YES |
| Other Businesses Linked to Same FEIN: | No |
| Key Nature of Suit: | No |
| Party to a Class Action (last 12 months): | No |
| Change in Principal Leadership: | No |
| Going Concern: | No |
| MSB listing: | No |
| Healthcare Sanction: | No |

## Associate Analytics Chart (1 Chart)

| Associates | Address | Address Type | Strength/Type of Association | Global Sanctions? | OFAC? |
|---|---|---|---|---|---|
| S T SHIPPING | 301 TRESSER BLVD # 15 STAMFORD, CT 06901 | High Rise | Shared Business Name | No | No |
| CHEMOIL ENERGY, INC. | 301 TRESSER BLVD STAMFORD, CT 06901 | High Rise | Shared Named Executive | No | No |
| OCEANCONNECT MARINE INC. | 301 TRESSER BLVD STE 1500 STAMFORD, CT 06901 | High Rise | Shared Named Executive | No | No |
| GLENCORE AGRICULTURE USA LLC | 301 TRESSER BLVD STAMFORD, CT 06901 | High Rise | Shared Named Executive | No | No |
| ADAM MARITIME CORP | 301 TRESSER BLVD STAMFORD, CT 06901 | High Rise Default | Shared Named Executive | No | No |
| CHEMOIL CORPORATION | 301 TRESSER BLVD STAMFORD, CT 06901 | High Rise | Shared Named Executive | No | No |
| GLENCORE FUNDING LLC | 301 TRESSER BLVD STAMFORD, CT 06901 | High Rise | Shared Named Executive | No | No |
| OCEANCONNECT MARINE INC. | 301 TRESSER BLVD STAMFORD, CT 06901 | High Rise | Shared Named Executive | No | No |
| GLENCORE LTD. | 301 TRESSER BLVD STAMFORD, CT 06901 | High Rise | Shared Named Executive | No | No |
| CHEMOIL CORPORATION | 301 TRESSER BLVD FL 15 STAMFORD, CT 06901 | High Rise | Shared Named Executive | No | No |
| GLENCORE, EAAR, SWITZERLAND | 301 TRESSER BLVD STE 1500 STAMFORD, CT 06901 | High Rise | Shared Phone Number | No | No |
|  | 301 TRESSER |  |  |  |  |

| Associates | Address | Address Type | Strength/Type of Association | Global Sanctions? | OFAC? |
|---|---|---|---|---|---|
| EVERGREEN ALUMINUM LLC | 301 TRESSER BLVD STE 1500 STAMFORD, CT 06901 | High Rise | Shared Phone Number | | |
| GLENCORE LTD. | 301 TRESSER BLVD STE 1500 STAMFORD, CT 06901 | High Rise | Shared Named Executive | No | No |
| DRISCOLL, CHERYL | 301 TRESSER BLVD STAMFORD, CT 06901 | High Rise | Shared Phone Number | No | No |
| CLARENDON COAL INC. | 301 TRESSER BLVD STAMFORD, CT 06901 | High Rise | Shared Named Executive | No | No |
| THE IPBA | 301 TRESSER BLVD STE 1500 STAMFORD, CT 06901 | High Rise | Shared Named Executive | No | No |
| ST SHIPPING AND TRANSPORT | 301 TRESSER BLVD STAMFORD, CT 06901 | High Rise | Shared Business Name | No | No |

## Federal Case Law (1 Record)

| | Case Title | Westlaw Case Number | Filing Date | Court | Company Interest |
|---|---|---|---|---|---|
| 1. | ST Shipping and Transport, Inc. v. Golden Fleece Maritime Inc. | 2008 WL 4178189 | 09/09/2008 | S.D.N.Y. | - |

## Docket Records (6 Records)

| | Docket Title | Docket Number | Filing Date | Court | Nature of Suit | Company Interest |
|---|---|---|---|---|---|---|
| 1. | ST Shipping and Transport, Inc. v. Golden Fleece Maritime Inc. | 2:07-CV-11147 | 12/11/2007 | S.D.N.Y. | Contract: Marine (120), Contracts, Marine | - |
| | ST Shipping and Transport, | | | | Contract: | |

| | Docket Title | Docket Number | Filing Date | Court | Nature of Suit | Company Interest |
|---|---|---|---|---|---|---|
| 2. | Inc. v. Golden Fleece Maritime, Inc. | 1:07-CV-03730 | 05/11/2007 | S.D.N.Y. | Marine (120), Contracts, Marine | - |
| 3. | Valero Marketing and Supply Company v. ST Shipping and Transport PTE Ltd. | 4:09-MC-00027 | 01/23/2009 | S.D.TEX. | Civil | - |
| 4. | ST Shipping and Transport Pte. Ltd. v. Johann MK Blumenthal GMBH & Co. KG | 1:08-CV-08712 | 10/10/2008 | S.D.N.Y. | Contract: Marine (120), Contracts, Marine | - |
| 5. | ST Shipping and Transport PTE Limited v. Vintage Marine S.A. et al | 1:08-CV-03402 | 04/07/2008 | S.D.N.Y. | Contract: Marine (120), Contracts, Marine | - |
| 6. | ST Shipping and Transport, Inc. v. Golden Fleece Maritime Inc. | 1:07-CV-11147 | 12/11/2007 | S.D.N.Y. | Contract: Marine (120), Contracts, Marine | - |

# D&B Market Identifier Records  (1 Record)

### 301 TRESSER BLVD STAMFORD, CT 06901-3250

#### Business information

| Business Name: | ST SHIPPING AND TRANSPORT | Related Name(s): | - |
|---|---|---|---|
| Date of Incorporation: | - | State of Incorporation: | - |
| Business Address: | 301 TRESSER BLVD STAMFORD, CT 06901-3250 | County: | FAIRFIELD |
| Year Started: | 2014 | Phone: | (203) 328-4900 |
| Line of Business: | TRANSPORTATION SERVICES | | |

#### Executive Information

| Executive Name: | CHERYL DRISCOLL | Executive Title: | PRINCIPAL |
|---|---|---|---|

#### SIC Information

| Primary SIC: | 4789 | SIC Description: | TRANSPORTATION SERVICES, NEC, NSK |
|---|---|---|---|
| Primary SIC: | 4789 0000 | SIC Description: | TRANSPORTATION SERVICES, NEC, NSK |

#### Financial Information

| Annual Sales: | $217,364-ESTIMATED | Annual Sales Revision Date: | Annual Sales Revision Date:06/04/2016 |
|---|---|---|---|
| 1-Yr-Ago: | $ NOT AVAILABLE | 3-Yr-Ago: | $ NOT AVAILABLE |
| Sales Growth: | % | Sales Territory: | - |

| | | | |
|---|---|---|---|
| Number of Accounts: | - | Net Worth: | - |
| MSA Code: | 8040 | MSA Name: | STAMFORD-NORWALK, CT |
| Square Footage: | - | Occupancy Type: | - |
| Bank Name: | - | Bank DUNS Number: | - |
| Accounting Firm: | - | Industry Group: | TRANSPORATION, COMMUNICATION, ELECTRIC, GAS, AND SANITARY SERVICES |

## Employee Information

| | | | |
|---|---|---|---|
| Employees Total: | 2 | Employees Here: | 2-ESTIMATED |
| 1-Yr-Ago: | NOT AVAILABLE | Employment Growth: | % |
| 3-Yr-Ago: | NOT AVAILABLE | | |

## Other Information

| | | | |
|---|---|---|---|
| DUNS: | 04-222-2592 | | |
| Business Is A: | SINGLE LOCATION SMALL BUSINESS | Establishment Is: | US OWNED |
| Parent Company Name: | - | Parent Company DUNS Number: | - |
| Ultimate Company Name: | - | Ultimate Company DUNS Number: | - |
| Headquarters Company Name: | - | Headquarters Company DUNS Number: | - |
| Last Update to Record: | 04/18/2016 | | |

Data by Dun & Bradstreet, COPYRIGHT ©2017 DUN & BRADSTREET, INC.

## Corporate Filings (1 Record)

### ST SHIPPING AND TRANSPORT PTE. LTD.

| | |
|---|---|
| Corporation Address: | 1 TEMASEK AVE SINGAPORE |

### Filing Record

| | | | |
|---|---|---|---|
| Filing Date: | 9/11/2006 | Original Filing Date: | - |
| State of Incorporation: | - | Original Filing County: | - |
| Original Filing Number: | - | Filing Number: | - |
| Corporation Number: | 0872698 | Status Date: | - |
| Duration: | - | Duration Date: | - |
| Status: | ACTIVE | Information Current Through: | 09/02/2016 |
| Duns ID: | - | Filing Office Duns ID: | - |
| Corporation Type: | NOT AVAILABLE | LLC Business Type: | - |
| Business Type: | CORPORATION | Corporation Class: | - |
| Federal Identification Number: | - | State Tax/Federal ID: | - |
| Notes: | - | Name: | - |
| Status: | - | Cancellation Date: | - |
| Renewal date: | - | Creation Date: | - |
| Office Location Where Filed: | SECRETARY OF STATE/CORPORATIONS DIVISION | Office Address Where Filed: | 30 TRINITY ST HARTFORD, CT 06106 |

### Officers

| Name | Title | Address | Principle Office Location |
|---|---|---|---|
| CHERYL DRISCOLL | - | GLENCORE LTD; 301 TRESSER BLVD STAMFORD, CT 06901 | - |
| BLANDINE LEWINE | - | 301 TRESSER BLVD; STAMFORD, | - |

|  |  | CT 06901 |  |
|---|---|---|---|

## Registered Agent

| Name: | CORPORATION SERVICE COMPANY | Title: | - |
|---|---|---|---|
| Address: | 50 WESTON ST HARTFORD, CT 06120 | Principle Office Location: | - |

## Amendments

| Effective Date | History Code | Description |
|---|---|---|
| 09/01/2016 | MISCELLANEOUS | REPORT |
| 09/25/2015 | MISCELLANEOUS | REPORT |
| 09/03/2014 | MISCELLANEOUS | REPORT |
| 09/10/2013 | MISCELLANEOUS | REPORT |
| 08/06/2012 | MISCELLANEOUS | REPORT |
| 09/29/2011 | MISCELLANEOUS | REPORT |
| 09/16/2010 | MISCELLANEOUS | REPORT |
| 09/28/2009 | MISCELLANEOUS | REPORT |
| 09/23/2008 | MISCELLANEOUS | REPORT |
| 09/14/2007 | MISCELLANEOUS | REPORT |
| 09/11/2006 | MISCELLANEOUS | CERTIFICATE OF AUTHORITY |

## Report Section(s) with no Matches (18 Records)

FEIN Records Summary, Business Finder Records Summary, Business Profile Records Summary, Fictitious Business Names Summary, News, Executive Affiliations Summary, Executive Biographies Summary, State Case Law, SEC Filings, SEC Insider Filings, Subsidiaries Disclosed in SEC Filings, Folder Content, Executive Affiliations, Executive Biographies, FEIN Records, Business Finder Records, Business Profile Records, Fictitious Business Names