UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SPACE SHIPPING, LTD., | : | |
| | : | Civil No. 3:17-CV-01567-WWE |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| ST SHIPPING & TRANSPORT PTE LTD. | : | |
| ST SHIPPING & TRANSPORT, INC. | : | |
| GLENCORE INTL AG, | : | |
| | : | |
| Respondents. | : | OCTOBER 31, 2017 |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), SPACE SHIPPING, LTD, ST SHIPPING &

TRANSPORT PTE LTD, and ST SHIPPING & TRANSPORT INC., hereby stipulate that the

claims asserted by the Petitioner in the above captioned action, including all claims against

GLENCORE INT'L AG, are dismissed without prejudice, with each party to bear its own costs.

**PETITIONER,**
**SPACE SHIPPING, LIMITED**

/s/  Timothy J. Nast_____
Timothy J. Nast, Esq. (ct28663)
Tisdale Law Offices, LLC
10 Spruce Street
Southport, CT 06890
Tel: (203) 254-8474
Fax: (203) 254-1641
tnast@tisdale-law.com

**RESPONDENTS,**
**ST SHIPPING & TRANSPORT PTE LTD**
**AND ST SHIPPING & TRANSPORT INC.**

/s/  Simon I. Allentuch_____
Simon I. Allentuch, Esq. (ct21094)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
Tel: (203) 821-2000
Fax: (203)821-2009
SAllentuch@npmlaw.com

## **CERTIFICATION**

      I hereby certify that on October 31, 2017, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing].  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing].  Parties may access this filing through the Court's system.


/s/  Simon I. Allentuch

Simon I. Allentuch